CYNTHIA ERICKSON *v.* CITY OF MERIDEN
(10558)

FOTI, LAVERY and LANDAU, Js.

Argued June 11—decision released July 7, 1992

*Paul A. Morello, Jr.,* with whom, on the brief, was *Dennis Ceneviva,* for the appellant (plaintiff).

*Madonna A. Sacco,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.